

# COURT OF APPEALS
### SECOND DISTRICT OF TEXAS
### FORT WORTH

## NO. 02-13-00595-CR

| | | |
|---|---|---|
| Dana Lanette Brock a/k/a Dana Lanette Hogan a/k/a Dana Lanette Brock Dunaway | § | From the 43rd District Court |
| | § | of Parker County (CR13-0371) |
| | § | December 11, 2014 |
| v. | | |
| | § | Opinion by Chief Justice Livingston |
| The State of Texas | § | (nfp) |

## JUDGMENT

This court has considered the record on appeal in this case and holds that there was no error in the trial court's judgment. It is ordered that the judgment of the trial court is affirmed.

SECOND DISTRICT COURT OF APPEALS


By  /s/ Terrie Livingston
      Chief Justice Terrie Livingston